```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
THE REPUBLIC OF RWANDA,               :
                                      :
              Plaintiff,              :    07 Civ. 7663 (JSR)
                                      :
         -v-                          :         ORDER
                                      :
JOSEPH J. FERONE, ESQ.; FERONE &      :
FERONE; and 333 S. HEALEY AVENUE      :
CORP.,                                :
                                      :
              Defendant.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Pursuant to the Court's direction, see transcript 9/6/07, defendants delivered to the Court the original Deed to 333 S. Healey Avenue in Scarsdale, NY. Defendants included a letter stating that, after an exhaustive search of the file, no supporting transfer documents, namely the TP-584 and RP-5217, could be located. The aforementioned letter and accompanying Deed have been filed under seal with the Court and will remain so filed until further notice.

SO ORDERED.

/s/ Jed S. Rakoff
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         September 11, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-07