UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE REPUBLIC OF RWANDA,

                                                                         07 Civ. 7663 (JSR)

            Plaintiff,

   -against-                                 **NOTICE OF CROSS**
                                                           **MOTION**

JOSEPH J. FERONE, ESQ.; FERONE &
FERONE and 333 S. HEALEY AVENUE CORP.,

            Defendants.
------------------------------------------------------------X

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

    NOTICE IS GIVEN that 333 S. Healey Avenue Corp. will bring the attached motion on for hearing before this court on September 21, 2007, at 10:00 in the forenoon , or as soon after that time as the matter can be heard, in Courtroom No. 14-B, before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York at the United States Courthouse located at 500 Pearl Street, New York, New York 10007.


Dated: Eastchester, New York
         September 14, 2007

                                                    _____
                                                  Alfred A. Delicata (AD-2875)
                                                  Attorney for Defendant
                                                  484 White Plains Road
                                                  Eastchester, New York 10709
                                                  (914) 337-8080