# Law Offices Of
# Robert F. Van Lierop

41 Madison Avenue
34th Floor
New York, N.Y 10010

(T) 212-974-7474
(F) 212-974-8474

## Fax transmittal

| To: Alfred A. Delicata, Esq. | From: Robert F. Van Lierop |
|---|---|
| Fax: 914-337-3936 | Pages: (including cover) 4 |
|  | Date: June 5, 2007 |

Sincerely yours,

Robert F. Van Lierop

If you do not receive this fax in its entirety, please contact (212) 974-7474

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone so that we may arrange for the return of the original to us. Thank you.