

# TOWN of GREENBURGH
### DEPARTMENT OF BUILDINGS
177 Hillside Avenue, Greenburgh, New York 10607
(914) 993 - 1561  Fax (914) 993 - 1570
www.GreenburghNY.com  email: building@greenburghNY.com

**PAUL J. FEINER**
Supervisor

**JOHN LUCIDO**
Building Inspector

**ANTHONY S. ZACAROLLI**
Deputy Building Inspector

## VIOLATION NOTICE

DATE: May 04, 2007

TO : THE REPUBLIC OF RWANDA
333 SOUTH HEALY AVENUE  HARTSDALE NY
HARTSDALE , NY  10530

CERTIFIED MAIL RECEIPT NUMBER:  91710821333393337672822

RE : Case No.:  07-00003424

Address :  333 S HEALY AVE

Legal Property Description :  30 -32 -1681-60 -&  60A

PLEASE TAKE NOTICE that the property referenced above is in violation of the Codes, Rules and Regulations of New York State and the amendments thereto.

This property is located in a R-10 ONE FAMILY RESIDENCE DISTRICT and there exists on said premises the following violations :

-See Attached Violation Detail Report-

YOU ARE HEREBY ORDERED TO PERMANENTLY DISCONTINUE and abate the unlawful use of these premises immediately. Your failure to do so may result in prosecution and punishment described herein. Telephone the below-signed Code Enforcement Officer at 914-993-1562.

A re-inspection of the premise will be made by the undersign in/by 14 DAYS . The failure to obey this Order and cure the violation(s) by that date shall result in the issuance of a summons punishable in the Town Justice Court of the Town of Greenburgh by a fine of up to $ 1,000.00 pursuant of Article 18, Section 382 of the Executive Law of the State of New York. Each and every day a violation continues unabated shall constitute a separate additional violation (Town Zoning Ordinance 285-

1