

# TOWN of GREENBURGH
## Community Development & Conservation

Paul Feiner
*Supervisor*

Mark T. Stellato, AICP
*Commissioner*
Thomas Madden, AICP
*Deputy Commissioner*

January 31, 2007

James Gibbons, P.E.
Gibbons Engineering
1 Central Avenue, Suite 312
Tarrytown, New York 10591

Re: **Case No. PB 03-04 Maffei Resubdivision, South Healy Avenue, Scarsdale –**
*Preliminary Subdivision and Town Planning Board Slopes Permit*

Dear Mr. Gibbons,

You have recently inquired as to the subdivision approval procedure for the Town of Greenburgh and current status concerning the above mentioned project. As you are aware, Case No. PB 03-04 Maffei Resubdivision is currently in the process of being reviewed by the Town of Greenburgh Planning Board for conformance with Chapter 250 Subdivision and Chapter 245 Protection of Steep Slopes of the Code of the Town of Greenburgh and a determination of significance based upon the Environmental Assessment Form (EAF) and the criteria contained in 6 NYCRR 617.7. (SEQRA).

It is important to note that changes to the Code of the Town of Greenburgh have greatly increased both the review and approval process time period. This is due to the fact that the applicant must supply a substantial amount of additional information for review and consideration by both the Town's departments and Planning Board that had not been previously required.

For your reference, the preliminary subdivision application has been distributed for internal departmental review by Planning, Legal, Building, Engineering, Water, Fire and Police. Over the course of the last three years of review, all departmental concerns have been addressed by the applicant and the departments are satisfied that the subdivision is acceptable, as submitted as of this date, for review by the Planning Board. The Department of Community Development and Conservation is responsible for coordinating all the input from the various departments listed above.

The next step in the approval process, the application is reviewed by the Planning Board during work session. The Planning Board reviews the staff's comments and looks at the any possible environmental or safety concerns with the project site and suggests possible mitigation or remediation where appropriate. The Planning Board meets with the applicant and/or engineer to discuss and provide this information.

Once the Planning Board is satisfied that the application has met their suggestions, limitations and special conditions, the Planning Board will schedule a public hearing and make a determination of significance with respect to SEQRA. Within 60 days of the public hearing, the Planning Board, at a