Case No. PB 03-04 Maffei Resubdivision, South Healy Avenue, Scarsdale
*Preliminary Subdivision and Town Planning Board Slopes Permit*
January 31, 2007
Pg. 2

public meeting, will make a decision concerning the approval of the subdivision application.

If you have any further questions concerning your application, please feel free to contact the department at (914) 993-1505.

Sincerely,

Thomas Madden, AICP
Deputy Commissioner
Department of Community Development and Conservation

TEM: