*Law Offices Of*
*Robert F. Van Lierop*

41 Madison Avenue
34th Floor
New York, New York 10010

(T) 212-974-7474
(F) 212-974-8474

July 17, 2007

VIA FACSIMILE AND FIRST CLASS MAIL

Janet Insardi, Esq.
Deputy Town Attorney
Town of Greenburgh
177 Hillside Avenue
Greenburgh, NY 10607

Re: 333 South Healy Avenue
    Scarsdale, NY 10583

Dear Ms. Insardi,

Further to our discussion of this afternoon, I have attached a photocopy of the deed for the above-referenced property, which is the official diplomatic residence of H.E. Mr. Joseph Nsengimana, Permanent Representative of the Republic of Rwanda to the United Nations. Pursuant to the Contract of Sale, Rwanda allowed a 3-year window for the developers of the property to obtain approval for a proposed subdivision. The developers failed to obtain the necessary approval within that 3-year period. Therefore, pursuant to the terms of the contract their attorney was notified in writing on February 20, 2007 that they were required to return the provisional deed, and all provisional transfer documents to my attention. They were also notified verbally on numerous occasions, and again in writing on June 21, 20007. Subsequent correspondence has reiterated Rwanda's position on this matter. It was only a few days ago that we discovered that the developers are attempting to continue the application for the subdivision, which we feel is not only an inappropriate application at this point, but also a course of action not being pursued in good faith.

On February 20, 2007, we also asked the developers to clean the property, restore it to its original condition, and to remove all debris and equipment. Subsequently, Rwanda received notification of a violation because this had not been done. I contacted the attorney for the developers about this again. Eventually, Rwanda wound up hiring someone to complete the clean up an incomplete job was done by the developers.

The Government of the Republic of Rwanda, as owner of the property, strongly opposes the application for a subdivision. It is Rwanda's present intention to landscape