Janet Insardi, Esq.
July 17, 2007
Pg. 2


the property and incorporate it into the existing landscape design of the Ambassador's official residence.

Thank you for your attention to this matter.

Sincerely yours,

Robert F. Van Lierop

RVL/jsp

Encl.