47).

PLEASE TAKE FURTHER NOTICE THAT THIS Violation Notice and Order to abate constitutes an order of the Building Inspector. Failure to answer this order in the time allotted shall result in a summons to appear in the Greenburgh Town Justice Court.

_____
VITTORIO CIRACO JR., RA   Code Enforcement Officer

_____
JOHN LUCIDO, Town Building Inspector