VIOLATION DETAIL

CASE NUMBER       07-00003424
PROPERTY ADDRESS  333 S HEALY AVE

---

VIOLATION: NYS PM 301.2                    QUANTITY:         1
DESCRIPTION: MIN CONDITIONS-GEN REPONSIBILT DATE:       5/04/07
LOCATION:

NARRATIVE :
    Debris & litter on vacant lot next door.

ORDINANCE DESCRIPTION :
    Responsibility: The owner of the premises shall maintain
    the structures and exterior property in compliance with
    these requirements, except as otherwise provided for in
    this code. A person shall not occupy as owner-occupant or
    permit another person to occupy premises which are not in a
    sanitary and safe condition and which do not comply with
    the requirements of this chapter. Occupants of a dwelling,
    rooming unit or housekeeping unit are responsible for
    keeping in a clean, sanitary and safe condition that part
    of the dwelling unit, rooming unit, housekeeping unit or
    premises which they occupy and control.

CORRECTIVE ACTION REQUIRED :
    Immediately repair and/or clean property to conform and
    maintain property as required.