UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     07 Civ. 7663(JSR)
THE REPUBLIC OF RWANDA,

           Plaintiff,

  -against-                                             **AFFIRMATION**

JOSEPH J. FERONE, ESQ.; FERONE &
FERONE and 333 S. HEALEY AVENUE CORP.,

           Defendants.
-----------------------------------------------------------X

        ALFRED A. DELICATA, being duly sworn deposes and says:

1.    I am an attorney at law duly licensed to practice before all of the Courts of the State of New York. As such I am making this affirmation in opposition to Plaintiff's Order to Show Cause and in Support of Defendants' cross motion for rescission foe the limited purposes of presenting for the Court's consideration an appraisal of the subject property. Said appraisal is attached hereto as Exhibit A.

        WHEREFORE, your affirmant respectfully requests that the Order to Show Cause be denied and that Defendants' cross motion for rescission be granted in its entirety.

Dated: Eastchester, New York
       September 14, 2007

                                            _____
                                            ALFRED A. DELICATA (AD-2875)
                                            Attorney for Defendants
                                            484 White Plains Road
                                            Eastchester, New York 10709
                                            (914) 337-8080