File No.: 07091384

# RESIDENTIAL APPRAISAL REPORT



**Date of Valuation**

September

**Property Address**

333 Healy Ave
Scarsdale, NY 10583-1024
Section: 30 Block: 1681 Lot: 60A

**For**

333 S Healy Corp.

## TABLE OF CONTENTS

Land .................................................................................................................................................................................. 1
Additional Comparables 4-6 ............................................................................................................................................... 2
Location Map ..................................................................................................................................................................... 3
Flood Map .......................................................................................................................................................................... 4
Subject Photos ................................................................................................................................................................... 5
GP Land Addendum .......................................................................................................................................................... 6

# INVOICE

**FROM:**

New York Appraisal Associates
22 Somers Hill Road
Carmel, NY 10512

**Telephone Number:** (914) 494-7903    **Fax Number:** (845) 622-3831

**INVOICE NUMBER:** 07091384
**DATE:** 9/13/20007

**REFERENCE**
**Internal Order #:** 07091384
**Lender Case #:**
**Client File #:**
**Main File # on form:** 07091384
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:**

333 S Healy Corp.

Scarsdale, NY 10583

**Telephone Number:**    **Fax Number:**
**Alternate Number:**    **E-Mail:**

## DESCRIPTION

**Lender:** 333 S Healy Corp.        **Client:** 333 S Healy Corp.
**Purchaser/Borrower:** N/A
**Property Address:** 333 Healy Ave
**City:** Scarsdale
**County:** Westchester        **State:** NY        **Zip:** 10583-1024
**Legal Description:** Section: 30 Block: 1681 Lot: 60A

| FEES | AMOUNT |
|---|---|
| Summary Appraisal | 1,000.00 |
| **SUBTOTAL** | **1,000.00** |

| PAYMENTS | AMOUNT |
|---|---|
| **Check #:** 107    **Date:** 09/20/2007    **Description:** Paid | 1,000.00 |
| **Check #:**    **Date:**    **Description:** | |
| **Check #:**    **Date:**    **Description:** | |
| **SUBTOTAL** | **1,000.00** |
| **TOTAL DUE** | **$ 0** |

# LAND APPRAISAL REPORT

File No. 07091384

## IDENTIFICATION

- Borrower: N/A
- Census Tract: 0108.01
- Map Reference: 35644
- Property Address: 333 Healy Ave
- City: Scarsdale
- County: Westchester
- State: NY
- Zip Code: 10583-1024
- Legal Description: Section: 30 Block: 1681 Lot: 60A
- Sale Price: $ N/A
- Date of Sale: N/A
- Loan Term: N/A yrs.
- Property Rights Appraised: [X] Fee  [ ] Leasehold  [ ] De Minimis PUD
- Actual Real Estate Taxes: $ N/A (yr)
- Loan charges to be paid by seller: $ N/A
- Other sales concessions: N/A
- Lender/Client: 333 S Healy Corp.
- Address: 333 S Healy Avenue, Scarsdale, NY 10583
- Occupant: Vacant Land
- Appraiser: John Gavares
- Instructions to Appraiser: Appraise value of house/property for its highest and best use.

## NEIGHBORHOOD

- Location: [ ] Urban  [X] Suburban  [ ] Rural
- Built Up: [X] Over 75%  [ ] 25% to 75%  [ ] Under 25%
- Growth Rate: [ ] Fully Dev.  [ ] Rapid  [X] Steady  [ ] Slow
- Property Values: [ ] Increasing  [X] Stable  [ ] Declining
- Demand/Supply: [ ] Shortage  [X] In Balance  [ ] Oversupply
- Marketing Time: [X] Under 3 Mos.  [ ] 4-6 Mos.  [ ] Over 6 Mos.
- Present Land Use: 84% 1 Family  2% 2-4 Family  2% Apts.  4% Condo  5% Commercial  0% Industrial  1% Vacant  2% Cooperatives
- Change in Present Land Use: [X] Not Likely  [ ] Likely (*)  [ ] Taking Place (*)
- (*) From _____ To _____
- Predominant Occupancy: [X] Owner  [ ] Tenant  2 % Vacant
- Single Family Price Range: $ 550,000 to $ 5,800,000  Predominant Value: $ 850,000
- Single Family Age: New yrs. to 100+ yrs.  Predominant Age: 55 yrs.

| | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| Employment Stability | | X | | |
| Convenience to Employment | | X | | |
| Convenience to Shopping | X | | | |
| Convenience to Schools | | X | | |
| Adequacy of Public Transportation | | X | | |
| Recreational Facilities | | X | | |
| Adequacy of Utilities | X | | | |
| Property Compatibility | | X | | |
| Protection from Detrimental Conditions | | X | | |
| Police and Fire Protection | | X | | |
| General Appearance of Properties | | X | | |
| Appeal to Market | | X | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise): The area is developed primarily of single family dwellings with various age & styles, generally maintained in average to good condition. Most amenities are available nearby including schools, mass transit, and shopping.

## SITE

- Dimensions: (Subject to survey) = 16,426 Sq. Ft. or Acres  [ ] Corner Lot
- Zoning classification: R10
- Present Improvements: [X] do  [ ] do not conform to zoning regulations
- Highest and best use: [ ] Present use  [X] Other (specify) Construction of a single family residence in accordance with zoning laws.

| | Public | Other (Describe) |
|---|---|---|
| Elec. | X | |
| Gas | X | |
| Water | X | |
| San. Sewer | X | |
| Underground Elect. & Tel. | X | |

OFF SITE IMPROVEMENTS
- Street Access: [X] Public  [ ] Private
- Surface: Asphalt
- Maintenance: [X] Public  [ ] Private
- [ ] Storm Sewer  [X] Curb/Gutter
- [ ] Sidewalk  [ ] Street Lights

- Topo: Upward slope towards rear
- Size: Average
- Shape: Irregular
- View: Residential
- Drainage: Appears Adequate
- Is the property located in a HUD Identified Special Flood Hazard Area?  [X] No  [ ] Yes

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions): There were no adverse easement, encroachments or any other adverse conditions noted at the time of inspection.

## MARKET DATA ANALYSIS

The undersigned has recited three recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (-) adjustment is made thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 333 Healy Ave Scarsdale | 230 Mamaroneck Rd Scarsdale | | Lot P31, Fort Hill Rd Scarsdale | | 4 Seely Pl. Scarsdale | |
| Proximity to Subject | | 2.73 miles SE | | 0.19 miles NE | | 1.21 miles SW | |
| Sales Price | $ N/A | $ 730,000 | | $ 950,000 | | $ 860,000 | |
| Price | $ N/A | $ N/A | | $ N/A | | $ N/A | |
| Data Source | Public Records | Mls #2525055 | | Mls #22528159 | | Mls #27199389 | |
| | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Date of Sale and Time Adjustment | N/A | 5/06 | | 8/06 | | 9/07 | |
| Location | Near Main Road | Busy Road | No Adj. | Busy Road | No Adj. | Across School | No Adj. |
| Site/View | 16,426 Sq.Ft | 13,503 Sq.Ft | +14,600 | 21,780 Sq.Ft | -26,800 | 40,510 Sq.Ft | -120,420 |
| View | Residential | Residential | | Residential | | Residential | |
| Utilities | Water/Sewer | Water/Sewer | | Water/Sewer | | Water/Sewer | |
| Site Conditions | Average | Average | | Average | | Needs Demolition | +40,000 |
| Sales or Financing Concessions | N/A | | | | | | |
| Net Adj. (Total) | | [X] +  [ ] − | $ 14,600 | [ ] +  [X] − | $ -26,800 | [ ] +  [X] − | $ -80,420 |
| Indicated Value of Subject | | Net 2.0 %  $ 744,600 | | Net 2.8 %  $ 923,200 | | Net 9.4 %  $ 779,580 | |

Comments on Market Data: Site was adjusted at $5 p.s.f. variance. The subject is located near a main road, comps #1 & #2 also are located on busy roads and have similar external obsolescence and require no location adjustment. Comp #3 was sold as a fire sale with severe fire damage; Mls notes that building needs to be torn down. We have adjusted +$40,000 for demolition costs.

Comments and Conditions of Appraisal: See attached addenda for comments and conditions.

## RECONCILIATION

Final Reconciliation: The cost approach does not apply. The income approach was not utilized since land within the subject area is not purchased for rental income. Exclusive weight was placed on the sales comparison approach which best mirrors the actions of buyers and sellers in an open market.

I ESTIMATE THE MARKET VALUE, AS DEFINED, OF SUBJECT PROPERTY AS OF September 13 2007 to be $ 835,000

This appraisal is for market value purposes and not intended for mortgage use.

John Gavares
Appraiser(s)

Review Appraiser (if applicable)

[X] Did  [ ] Did Not Physically Inspect Property

[Y2K]

New York Appraisal Associates
Form LND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# LAND APPRAISAL REPORT
## MARKET DATA ANALYSIS

File No. 07091384

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 333 Healy Ave Scarsdale | 72 Inverness Rd Scarsdale | | | | | |
| Proximity to Subject | | 1.57 miles SW | | | | | |
| Sales Price | $ N/A | $ 1,250,000 | | $ | | $ | |
| Price | $ N/A | $ N/A | | $ | | $ | |
| Data Source | Public Records | Mls #25170779 | | | | | |
| Date of sale and Time Adjustment | DESCRIPTION N/A | DESCRIPTION 12/06 | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Location | Near Main Road | Residential | -187,500 | | | | |
| Site/View | 16,426 Sq.Ft | 20,037 Sq.Ft | -18,100 | | | | |
| View | Residential | Residential | | | | | |
| Utilities | Water/Sewer | Water/Sewer | | | | | |
| Site Conditions | Average | Superior/landscaped | -125,000 | | | | |
| Sales or Financing Concessions | N/A | | | | | | |
| Net Adj. (Total) | | ☐ + ☒ − | $ -330,600 | ☐ + ☐ − | $ | ☐ + ☐ − | $ |
| Indicated Value of Subject | | Net 26.4 % | $ 919,400 | Net % | $ | Net % | $ |

Comments: Comp #3 is located on a quiet residential street and was adjusted -15% vs the subject which is located near Central Park Avenue which is a heavily travelled road. In addition this comparable has level landscaped grounds and was adjusted -10% reflecting its superior site condition.

Case 1:07-cv-07663-JSR  Document 8-2  Filed 09/21/2007  Page 4 of 9
LAND APPRAISAL REPORT
MARKET DATA ANALYSIS

## Location Map

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | N/A | | | | |
| Property Address | 333 Healy Ave | | | | |
| City | Scarsdale | County | Westchester | State NY | Zip Code 10583-1024 |
| Lender | 333 S Healy Corp. | | | | |



# Flood Map

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 333 Healy Ave | | | | | |
| City | Scarsdale | County | Westchester | State | NY | Zip Code 10583-1024 |
| Lender | 333 S Healy Corp. | | | | | |



## Subject Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 333 Healy Ave | | | | | |
| City | Scarsdale | County | Westchester | State | NY | Zip Code 10583-1024 |
| Lender | 333 S Healy Corp. | | | | | |



**Subject Property**

333 Healy Ave
Sales Price         N/A
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location            Near Main Road
View                16,426 Sq.Ft
Site
Quality
Age



**Subject Property**



**Subject Street**

Form PICPIX.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Assumptions, Limiting Conditions & Scope of Work

File No.: 07091384

| | | | |
|---|---|---|---|
| Property Address: 333 Healy Ave | City: Scarsdale | State: NY | Zip Code: 10583-1024 |
| Client: 333 S Healy Corp. | Address: 333 S Healy Avenue, Scarsdale, NY 10583 | | |
| Appraiser: John Gavares | Address: 22 Somers Hill Road, Carmel, NY 10512 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a plat and/or parcel map in the appraisal report to assist the reader in visualizing the lot size, shape, and/or orientation. The appraiser has not made a survey of the subject property.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database. Possession of this report or any copy thereof does not carry with it the right of publication.

— Forecasts of effective demand for the highest and best use or the best fitting and most appropriate use were based on the best available data concerning the market and are subject to conditions of economic uncertainty about the future.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**


**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

**HYPOTHETICAL CONDITION**

**A hypothetical condition is defined as:**
**That which is contrary to what exists but is supposed for the purpose of analysis.**

**The subject property is in the midst of being subdivided to a separate tax lot. Our valuation is contingent upon legally completing the process.**



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLNDAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# Certifications & Definitions

File No.: 07091384

| | | | |
|---|---|---|---|
| Property Address: 333 Healy Ave | City: Scarsdale | State: NY | Zip Code: 10583-1024 |
| Client: 333 S Healy Corp. | Address: 333 S Healy Avenue, Scarsdale, NY 10583 | | |
| Appraiser: John Gavares | Address: 22 Somers Hill Road, Carmel, NY 10512 | | |

**APPRAISER'S CERTIFICATION** I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.— My engagement in this assignment was not contingent upon developing or reporting predetermined results.— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE *:** Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

**SIGNATURES**

| Client Contact: | Client Name: 333 S Healy Corp. |
|---|---|
| E-Mail: | Address: 333 S Healy Avenue, Scarsdale, NY 10583 |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required)** or **CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: John Gavares | Supervisory or Co-Appraiser Name: |
| Company: New York Appraisal Associates Inc. | Company: |
| Phone: (914) 494-7903   Fax: (845) 622-3831 | Phone:   Fax: |
| E-Mail: jgavares@nyappraisalgroup.com | E-Mail: |
| Date Report Signed: September 13, 2007 | Date Report Signed: |
| License or Certification #: 46-45886   State: NY | License or Certification #:   State: |
| Designation: Certified General Appraiser | Designation: |
| Expiration Date of License or Certification: 10/10/2007 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Did Inspect ☐ Did Not Inspect (Desktop) | Inspection of Subject: ☐ Did Inspect ☐ Did Not Inspect |
| Date of Inspection: September | Date of Inspection: |

**GP LAND**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLNDAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007