UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE REPUBLIC OF RWANDA,

                Plainitff,                        07 Civ. 7663  (JSR)

    -against-

JOSEPH J. FERONE, ESQ.; FERONE &
FERONE and 333 S. HEALEY AVENUE CORP.,

                Defendants.
------------------------------------------------------------X

CERTIFICATE OF SERVICE OF DEFENDANTS' CROSS MOTION FOR RESCISSION

    I certify that a true and correct copy of the attached Motion and Notice of Motion, together with all attachments, exhibits, and supporting papers, were SENT VIA OVERNIGHT COURIER and FACSIMILE before 5:00 p.m. on September 14, 2007 to the attorneys of record for all of the parties in this action at the addresses listed below:

    1.        David Bruce Wolf, Esq.
                Attorney for Plaintiffs
                41 Madison Avenue-34th Floor
                New York, New York 10010


                                                  _____
                                                  ALFRED A. DELICATA, ESQ.


Sworn to before me this 14th
day of September, 2007


_____
NOTARY PUBLIC