UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE REPUBLIC OF RWANDA,

                Plainitff,                              07 Civ. 7663  (JSR)

   -against-

JOSEPH J. FERONE, ESQ.; FERONE &
FERONE and 333 S. HEALEY AVENUE CORP.,

                Defendants.
-------------------------------------------------------------X

### CERTIFICATE OF SERVICE OF DEFENDANTS' CROSS MOTION FOR RESCISSION

   I certify that a true and correct copy of the attached Motion and Notice of Motion, together with all attachments, exhibits, and supporting papers, were SENT VIA OVERNIGHT COURIER  and FACSIMILE before 5:00 p.m. on September 21, 2007 to the attorneys of record for all of the parties in this action at the addresses listed below:

1.      David Bruce Wolf, Esq.
         Attorney for Plaintiffs
         41 Madison Avenue-34th Floor
         New York, New York 10010

                                                                              _____
                                                                              ALFRED A. DELICATA, ESQ.

Sworn to before me this 14th
day of September, 2007

_____
NOTARY PUBLIC