UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
THE REPUBLIC OF RWANDA                 :
                                       :
              Plaintiff,               :        07 Civ. 7663(JSR)
                                       :
              -v-                      :             ORDER
                                       :
JOSEPH J. FERONE                       :
FERONE & FERONE                        :
333 S. HEALEY AVENUE CORP.             :
                                       x
              Defendant.
-------------------------------------- 

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-5-07

     On September 6, 2007, the Court directed defendants' counsel to
deliver to the Court the original deed for 333 S. Healey Avenue in
Scarsdale, New York, see court document number 2.


     On September 13, 2007, said deed was filed under seal with the
Clerk of the Court, which is court document number 3.


     On October 1, 2007, the Court issued a memorandum order granting
the plaintiff's request for injunctive relief and directed said deed be
turned over to the custody of the plaintiff forthwith, see court document
number 14.


     **IT IS HEREBY ORDERED**, that the Clerk of the Court unseal court
document number 3 forthwith and present said deed to Janay Peters,
assistant to Robert Van Lierop, Esq., of the Cowan Debaets Abrahams &
Sheppard LLP firm.  The Court will retain a copy of said deed for its own
record keeping.

1

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
           October 5, 2007