UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                     :   07 Civ. 7663 (JSR)

THE REPUBLIC OF RWANDA,                     :

                       Plaintiff,              :

     -against-                                :   **NOTICE OF MOTION**

JUSEPH J. FERONE,
FERONE & FERONE
333 S. HEALEY AVENUE CORP.,
                                                  :

                    Defendants.       :
------------------------------------------------------------x

       Upon the accompanying Declarations of David B. Wolf and of Robert F. Van Lierop, both executed on October 18, 2007, and the exhibits thereto, and upon the accompanying memorandum of law, plaintiff The Republic of Rwanda moves this Court, the Hon. Jed S. Rakoff, United States District Judge, for an order, pursuant to 28 U.S.C. § 1927 and the Court's inherent power, awarding attorneys' fees against defendants and against defendants' attorney Alfred A. Delicata, and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
          October 18, 2007

                                            COWAN DEBAETS ABRAHAMS
                                                & SHEPPARD LLP

                                  By: _____
                                         David B. Wolf (DW-2070)
                                       41 Madison Avenue – 34th Floor
                                       New York, New York 10010
                                       212. 974-7474
                                       dwolf@cdas.com

                                     Attorneys for Plaintiff

To: Alfred A. Delicata, Esq.
   484 White Plains Road
   Eastchester, New York 10709
   Attorney for Defendants

Case 1:07-cv-07663-JSR   Document 17   Filed 10/19/2007   Page 2 of 3

# PROOF OF SERVICE

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 41 Madison Avenue, 34th Floor, New York, New York 10014.

On **October 19, 2007,** I caused to be served, via e-mail and Federal Express, the following:

**NOTICE OF MOTION;**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES;**

**DECLARATION OF DAVID B. WOLF;** and

**DECLARATION OF ROBERT F. VAN LIEROP**

addressed as follows:

**Alfred A. Delicata, Esq.**
**484 White Plains Road**
**Eastchester, NY 10709**
**italdel@aol.com**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 19th day of October, 2007.

_____
Deborah Mays

{A060749.DOC\1}