UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
THE REPUBLIC OF RWANDA

        Plaintiff,

                                              07 Civ. 7663 (JSR)

  -against-

                                              **NOTICE OF APPEAL**


        Defendants,

JOSEPH J. FERONE, ESQ.: FERONE & FERONE
and 333 S. HEALEY AVENUE CORP.
-----------------------------------------------------------X

      Notice is hereby given that JOSEPH J. FERONE, ESQ.; FERONE & FERONE and 333 S. HEALEY AVENUE CORP., hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Jed S. Rakoff, U.S.D.J., Southern District of New York, granting plaintiff injunctive relief and denying defendants' motion for rescission entered in this action of the 2nd day of October, 2007.


Dated: October 31, 2007

 

                                                        _____
                                                        ALFRED A. DELICATA (AD-2875)
                                                        Attorney for Defendants
                                                        484 White Plains Road
                                                        Eastchester, New York 10709
                                                         (914) 337-8080

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE REPUBLIC OF RWANDA,

        Plainitff,        07 Civ. 7663  (JSR)

  -against-

JOSEPH J. FERONE, ESQ.; FERONE &
FERONE and 333 S. HEALEY AVENUE CORP.,

        Defendants.
-----------------------------------------------------------X

### CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE OF APPEAL

   I certify that a true and correct copy of the attached Memorandum of Law, were SENT VIA OVERNIGHT COURIER and E-MAIL before 5:00 p.m. on October 31, 2007 to the attorneys of record for all of the parties in this action at the addresses listed below:

1. David Bruce Wolf, Esq.
   Attorney for Plaintiffs
   41 Madison Avenue-34th Floor
   New York, New York 10010
   dwolf@cdas.com

_____
BRIDGET STAFF

Sworn to before me this 31st
day of October, 2007

_____
NOTARY PUBLIC