UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THE REPUBLIC OF RWANDA

            Plaintiff,

-against-

            07 Civ. 7663 (JSR)

            **NOTICE OF APPEAL**

            Defendants,

JOSEPH J. FERONE, ESQ.: FERONE & FERONE
and 333 S. HEALEY AVENUE CORP.
-----------------------------------------------------------X

    Notice is hereby given that JOSEPH J. FERONE, ESQ.; FERONE & FERONE and 333 S. HEALEY AVENUE CORP., hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Jed S. Rakoff, U.S.D.J., Southern District of New York, granting plaintiff injunctive relief and denying defendants' motion for rescission entered in this action of the 2nd day of October, 2007.

Dated: October 31, 2007

                                                ALFRED A. DELICATA (AD-2875)
                                                Attorney for Defendants
                                                484 White Plains Road
                                                Eastchester, New York 10709
                                                (914) 337-8080

*(Print signer's name below signature)*