UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE REPUBLIC OF RWANDA,

                Plainitff,                              07 Civ. 7663 (JSR)

    -against-

JOSEPH J. FERONE, ESQ.; FERONE &
FERONE and 333 S. HEALEY AVENUE CORP.,

                Defendants.
------------------------------------------------------------X

      CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE OF APPEAL

    I certify that a true and correct copy of the attached Memorandum of Law, were SENT VIA OVERNIGHT COURIER and E-MAIL before 5:00 p.m. on October 31, 2007 to the attorneys of record for all of the parties in this action at the addresses listed below:

1.    David Bruce Wolf, Esq.
      Attorney for Plaintiffs
      41 Madison Avenue-34th Floor
      New York, New York 10010
      dwolf@cdas.com

_____
BRIDGET STAFF

Sworn to before me this 31st
day of October, 2007

_____
NOTARY PUBLIC

ALFRED A. DELICATA
Notary Public, State of New York
No. 02DE6048969
Qualified in Westchester County
Commission Expires October 02, 20__

*(Print signer's name below signature)*